JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORRIS MAYS, | ) | Case No. CV 98-3489 CAS (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| R. HICKMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the motion to reopen the case is denied.

DATE: August 25, 2014

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE